IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CHIPPEWA CREE INDIANS OF THE ROCKY BOYS RESERVATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHOUTEAU COUNTY, MONTANA, <br><br> et al, <br><br> Defendants. | CV-25-69-GF-BMM <br><br> **ORDER** |

Plaintiffs have moved for an order allowing Samantha Blencke, Esq., Malia Gesuale, Esq., Jacqueline De Leon, Esq, Theresa Lee, Esq., and Sophia Lin Lakin, Esq., (Pro Hac Counsel) to appear *pro hac vice* in this case with Alexander H. Rate, Esq., designated as local counsel. (Docs. 5, 6, 7, 8 and 9.) The applications of Pro Hac Counsel, appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Plaintiffs' motions are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Pro Hac Counsel must each do their own work. Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

5. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6. Admission is personal to each Pro Hac Counsel, not the law firm they work for.

7. Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 25th day of August 2025.

_____
Brian Morris, Chief District Judge
United States District Courts