# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| CHIPPEWA CREE INDIANS OF THE ROCKY BOY'S RESERVATION *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CHOUTEAU COUNTY, MONTANA, *et al.*,<br><br>Defendants. | Case No. 4:25-cv-00069-BMM<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR COUNSEL AND TRIBAL REPRESENTATIVE TO ATTEND REMOTELY AT NOVEMBER 14, 2025 MEDIATION** |

Before the Court is Plaintiffs' Unopposed Motion for Permission for Counsel and Tribal Representative to Attend the November 14, 2025, Mediation Remotely. (Doc. 42)  Good cause appearing, and there being no opposition,

**IT IS HEREBY ORDERED** that Plaintiffs' motion is **GRANTED**.

Attorney Kirsten D. Gerbatsch may participate in the November 14, 2025, mediation remotely by secure video conference or, if necessary, by telephone. In addition, a representative of the Chippewa Cree Tribe with settlement authority may participate remotely by the same means. Plaintiffs' counsel are responsible for the remote appearances.

DATED this 12th day of November, 2025.

_____
John Johnston
United States Magistrate Judge