IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CHIPPEWA CREE INDIANS OF THE ROCKY BOY'S RESERVATION *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>CHOUTEAU COUNTY, MONTANA, *et al.*,<br><br>  Defendants. | Case No. 4:25-cv-00069-BMM<br><br>**ORDER** |

Before the Corut is Plaintiffs Chippewa Cree Indians of the Rocky Boy's Reservation's, Tanya Schmockel's, and Ken Morrsette's motion for leave for attorney Alex Rate to appear remotely for the hearing on the consent decree set for December 15, 2025. Defendants do not oppose this motion. Finding good cause,

**IT IS HEREBY ORDERED** that Plaintiff's motion is GRANTED. Mr. Rate may participate in the December 15 hearing remotely. Other counsel not required to attend in person may also participate in person. Plaintiffs' counsel shall contact the Clerk of the Court's Office to arrange remote appearance.

DATED this 9th day of December 2025

_____
Brian Morris, Chief District Judge
United States District Courts