**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| CHIPPEWA CREE INDIANS OF THE ROCKY BOY'S RESERVATION *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>CHOUTEAU COUNTY, MONTANA, *et al.*,<br><br>        Defendants. | Case No. 4:25-cv-00069-BMM<br><br><br>**JOINT MOTION TO DISMISS AND FOR ENTRY OF CONSENT DECREE AND JUDGMENT** |

The parties to this action are Plaintiffs the Chippewa Cree Indians of the Rocky Boy's Reservation, Tanya Schmockel, and Ken Morsette, and Defendants Chouteau County, Montana; the Chouteau County Board of County Commissioners; Chouteau County Commissioners Clay Reihl, Robert Pasha, and Rick Darlington, in their official capacities; and Chouteau County Clerk and Recorder Lana Claassen, in her official capacity (collectively, "the Parties").

The Parties participated in mediation on November 14, 2025, before United States Magistrate Judge John Johnston and the Material Terms of Settlement are attached as Exhibit A.

Through their undersigned counsel, the Parties respectfully request that the Court dismiss this action and enter the Consent Judgment and Decree ("the Decree")

attached as Exhibit B.

1.    Montana law permits counties to implement districted commissioner elections if "provided for under a court order." § 7-4-2104(1)(b), MCA.

2.    The Decree satisfies the requirement that a consent decree be "fundamentally fair, adequate and reasonable." *United States v. Oregon*, 913 F.2d 576, 580 (9th Cir. 1990). Because the Decree results in a method of election that complies with Section 2 of the Voting Rights Act, it is also "consistent with the public objectives sought to be attained by Congress." *United States v. Oregon*, 699 F. Supp. 1456, 1461 (D. Or. 1988), *aff'd*, 913 F.2d 576 (9th Cir. 1990).

WHEREFORE, the parties respectfully request that this Motion be granted.

Dated: December 12, 2025.

For the Plaintiffs:

NATIVE AMERICAN RIGHTS FUND

*/s/ Samantha Blencke*
*/s/ Wesley James Furlong*
Samantha Blencke (*pro hac vice*)
Wesley James Furlong (MT Bar No. 42771409)

Samantha Blencke (*pro hac vice*)
950 F Street Northwest, Suite 1050
Washington, DC 20004
Tel. (202) 785-4166
blencke@narf.org

Kirsten D. Gerbatsch (MT Bar No. 68806756)
Wesley James Furlong (MT Bar No. 42771409)
745 West 4th Avenue, Suite 502
Anchorage, AK 99501

Tel. (907) 276-0680
gerbatsch@narf.org
wfurlong@narf.org

Jacqueline De León (*pro hac vice*)
Malia Gesuale (*pro hac vice*)
250 Arapahoe Avenue
Boulder, CO 80302
Tel. (303) 447-8760
jdeleon@narf.org
gesuale@narf.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION

Theresa J. Lee (*pro hac vice*)
Sophia Lin Lakin (*pro hac vice*)
125 Broad Street
New York, NY 10004
Tel. (212) 549-2500
tlee@aclu.org
slarkin@aclu.org

ACLU OF MONTANA

*/s/ Alex Rate*
Alex Rate (MT Bar No.11226)
P.O. Box 1968
Missoula, MT 59806
Tel. (406) 224-1447
ratea@aclumontana.org

For the Defendants:

FAURE HOLDEN HENKEL TERRAZAS, P.C.

*/s/ Jason T. Holden*
*/s/ Katie R. Ranta*
*/s/ Dana A. Henkel*
Jason T. Holden

3

Katie R. Ranta
Dana A. Henkel
1314 Central Avenue
Great Falls, MT 59401
Tel. (406) 452-6500
jason@fhht.law
katie@fhht.law
dana@fhht.law