# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| CHIPPEWA CREE INDIANS OF THE ROCKY BOY'S RESERVATION; TANYA SCHMOCKEL; and KEN MORSETTE,<br><br>Plaintiff,<br><br>v.<br><br>CHOUTEAU COUNTY BOARD OF COUNTY COMMISSIONERS; CLAY REIHL, in his official capacity as Chouteau County Commissioner; ROBERT PASHA, in his official capacity as Chouteau County Commissioner; RICK DARLINGTON, in his official capacity as Chouteau County Commissioner; and LANA CLAASSEN, in her official capacity as Chouteau County Clerk and Recorder,<br><br>Defendants. | No. 25-CV-69-GF-BMM<br><br>ORDER |

Pursuant to the Court's order granting the joint motion for consent decree, the pending motions before the Court are resolved as moot.

Accordingly, **IT IS ORDERED**:

1. Plaintiffs' Motion to Expedite (Doc. 3.) is **DISMISSED** as moot.

2. Defendants' Motion to Dismiss (Doc. 22) is **DISMISSED** as moot.

3. Defendants' Motion to Stay (Doc. 24) is **DISMISSED** as moot.

4. The Court's order granting the Motion for Consent Decree (Doc. 50) remains in effect in accordance with the Consent Decree.

**DATED** this 19th day of December, 2025.

*/s/ Brian Morris*

Brian Morris, Chief District Judge
United States District Court